

IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
HOT SPRINGS DIVISION

DEC 0 8 2008

JON DAVID COLE     PLAINTIFF

v.    NO. 08-6108

STEVE PINTER,
RECONTRUST COMPANY,
MORTGAGE ELECTRONIC
REGISTRATION SYSTEMS, INC., AND
NEW CENTURY MORTGAGE CORPORATION     DEFENDANTS

P.I.G. HOLDINGS FAMILY LIMITED PARTNERSHIP     INTERVENOR

## NOTICE OF REMOVAL

Defendant, Recontrust Company ("Recontrust"), by and through its attorneys, Rose Law Firm, a Professional Association, and for its Notice of Removal, states as follows:

1. The Plaintiff, Jon David Cole, and his attorney, Terry F. Wynne, Bridges, Young, Matthews & Drake, PLC, PO Box 7808, Pine Bluff, Arkansas 71611, are hereby notified that the case filed in Garland County Circuit Court, Case No. CV 2008-990-III, has been removed to the United States District Court for the Western District of Arkansas, Hot Springs Division, as provided by law.

2. Promptly after the filing of the Notice of Removal, attorneys for Recontrust are filing a copy of the Notice with the Garland County Circuit Court in Case No. CV 2008-990-III, and a copy is being mailed to all attorneys of record.

3. Plaintiff initiated this action against separate defendant Recontrust on or about August 8, 2008 by filing the Complaint in the Circuit Court of Garland County Arkansas. Plaintiff served Recontrust with the Summons and Complaint on November 7, 2008. Recontrust

is removing this action within the statutory time limit.

4.  Separate Co-Defendants Mortgage Electronic Registration Systems, Inc., and Steve Pinter and Intervenor, Defendant P.I.G. Holdings Family Limited Partnership consent to this removal. *See* Exhibits A, B, and C attached hereto. Upon information and belief Plaintiff has not served New Century Mortgage Corporation, no proof of service upon it has been filed in the Garland County Circuit Court, and it has not entered an appearance in this matter, therefore, consent is not required from it for removal.

5.  This Court has "original jurisdiction of all civil actions arising under the Constitution, laws, or treaties of the United States." 28 U.S.C. § 1331.

6.  Pursuant to 28 U.S.C. § 1441(a), "[e]xcept as otherwise expressly provided by Act of Congress, any civil action brought in a State court of which the district courts of the United States have original jurisdiction, may be removed by the defendant or defendants, to the district court of the United States for the district and division embracing the place where such action is pending." 28 U.S.C. § 1441(a).

7.  Additionally, pursuant to 28 U.S.C. § 1441(b), "[a]ny civil action of which the district courts have original jurisdiction founded on a claim or right arising under the Constitution, treaties or laws of the United States shall be removable without regard to the citizenship or residence of the parties." 28 U.S.C. § 1441(b).

8.  Defendants are entitled to remove this action to this Court pursuant to 28 U.S.C. § 1441(a) and (b) because it raises a substantial and dispositive federal question and arises under the laws of the United States, giving this Court original jurisdiction pursuant to 28 U.S.C. § 1331.

9.  Recontrust is an operating subsidiary of Countrywide Bank, FSB, a Federal

Savings Association. Plaintiff alleges that the actions taken by Recontrust in connection with the foreclosure identified in Plaintiff's complaint are void. Whether Recontrust was authorized or had to be authorized to conduct the foreclosure business alleged in the complaint is an issue completely preempted by federal law and thus federal question jurisdiction applies.

10. A copy of all process, pleadings, and orders served upon defendants is attached as Exhibit D to this Motion.

11. The undersigned states that this removal is well grounded in fact, warranted by existing law, and is not interposed for any improper purpose.

                                            Respectfully submitted,

                                            ROSE LAW FIRM
                                            a Professional Association
                                            120 East Fourth Street
                                            Little Rock, Arkansas 72201-2893
                                            (501) 375-9131

                                            By: _____
                                                Garland J. Garret
                                                Arkansas Bar No. 80050
                                            Amy Lee Stewart
                                            Arkansas Bar No. 88167

                                            Attorneys for Recontrust Company

## CERTIFICATE OF SERVICE

I, Amy Lee Stewart, hereby certify that on this 8th day of December, 2008, a copy of the foregoing Notice of Removal was mailed via First Class, U.S. Mail, to Plaintiffs' counsel of record at the following address:

Terry F. Wynne
BRIDGES, YOUNG, MATTHEWS & DRAKE, PLC
P.O. Box 7808
Pine Bluff, AR 71611-7808
Telephone: (870) 534-5532
Facsimile: (870) 534-5582

Attorney for Plaintiff Jon David Cole


Janet K. Moore
JANET K. MOORE, PLC
1427 Central Avenue
Hot Springs, AR 71901
Telephone: (501) 318-0538
Facsimile: (501) 321-1538

Attorney for Separate Defendant Steve Pinter

_____
Amy Lee Stewart