```
              IN THE UNITED STATES DISTRICT COURT
                 WESTERN DISTRICT OF ARKANSAS
                      HOT SPRINGS DIVISION


JON DAVID COLE                                        PLAINTIFF


     v.                  Case No. 08-6108


STEVE PINTER, RECONSTRUCT COMPANY,
MORTGAGE ELECTRONIC REGISTRATION
SYSTEMS INC., AND NEW CENTURY
MORTGAGE CORPORATION                                  DEFENDANTS

P.I.G. HOLDINGS FAMILY LIMITED
PARTNERSHIP                                           INTERVENOR
```

**O R D E R**

Currently before the Court is Defendant Steve Pinter's Motion for Summary Judgment (Doc. 5). Plaintiff Jon David Cole has not responded. This case concerns a series of disputes over property in the Chappell Hill Subdivision in Garland County, Arkansas. According to the Complaint, Pinter's involvement flows from his purchase of the property. Pinter's unopposed affidavit, which is supported by the property deed, states that P.I.G. Holdings was the actual purchaser. Pinter's purchase of the property is the factual linchpin of the Complaint against him. With the determination that Pinter did not purchase the property, the Complaint no longer states a claim on which relief can be granted against Pinter. Therefore, Defendant Pinter's Motion is hereby **GRANTED** and the Complaint against Pinter is **DISMISSED WITH PREJUDICE.**

AO72A
(Rev. 8/82)

IT IS SO ORDERED this 26th day of January, 2009.

                                        /S/ Robert T. Dawson
                                        Honorable Robert T. Dawson
                                        United States District Judge

AO72A
(Rev. 8/82)